```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

        FEB 09 2011       RE

          AT SEATTLE
    CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
                        DEPUTY
```

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOHN DOES 1-11 CONTROLLING A COMPUTER BOTNET THEREBY INJURING MICROSOFT AND ITS CUSTOMERS,<br><br>　　　　　Defendants. | Case No. C11-0222 JLR<br><br>DECLARATION OF PATRICK M. FORD IN SUPPORT OF MICROSOFT CORPORATION'S APPLICATION FOR AN EMERGENCY TEMPORARY RESTRAINING ORDER, SEIZURE ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION<br><br>**FILED UNDER SEAL** |

11-CV-00222-STMT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF PATRICK M. FORD IN SUPPORT
OF TRO, SEIZURE ORDER AND ORDER TO SHOW
CAUSE RE PRELIMINARY INJUNCTION

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104-7097
tel+1-206-839-4300

I, Patrick M. Ford, declare as follows:

1. I am Senior Director Americas Region of Pfizer Global Security, a practice group within Pfizer Inc. I make this declaration in support of Microsoft Corporation's Application for an Emergency Temporary Restraining Order, Seizure Order and Order to Show Cause Re Preliminary Injunction. Except where otherwise indicated, this declaration is based on my own personal knowledge and my experience and knowledge as Senior Director Americas Region of Pfizer Global Security and upon the business records of Pfizer relating to this role. If called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. As Senior Director Americas Region, I manage and supervise investigations initiated throughout North America, South America and the Caribbean under Global Security's anti-counterfeiting program, the goal of which is to detect and disrupt major manufacturers and distributors of counterfeit Pfizer medicines.

3. For Pfizer, counterfeit medicines are, first and foremost, a matter of patient health and safety.

4. Lured by the ease and convenience of the Internet, many patients order medicines online. Because this introduces a lack of transparency as to the authenticity and source of those medicines, they are potentially placing their health at risk by purchasing medicines online.

5. SPAM – the use of electronic messaging systems to send unsolicited bulk emails – acts as a portal, often directing "patients" to rogue on-line pharmacies ("OLPs") that dispense counterfeit or other unapproved products to unsuspecting patients.

6. BOTNETs (roBOT NETwork) are collections of software agents, or robots that run autonomously and automatically used to create and send SPAM or viruses.

7. Microsoft Corporation has provided me with sample SPAM which Microsoft has advised was disseminated by a BOTNET identified as "Rustock". Based on my review of those five samples, and the results of test purchases from those sites, it appears that SPAM disseminated by Rustock exposes unsuspecting patients to the risk of receiving counterfeit or other unapproved products.

8. Upon information and belief, if the Rustock botnet is permitted to continue its operations, more patients will be exposed to those risks.

**Counterfeit Medicines Pose a Threat to Patient Health and Safety**

9. The World Health Organization has defined a counterfeit medicine as "one which is deliberately and fraudulently mislabeled with respect to identity and/or source." As defined by Pfizer, it is a product manufactured by someone other than Pfizer that appears the same as an authentic Pfizer medicine.

10. Pharmaceutical counterfeiting is, in essence, a crime of fraud, trick and deceit. Counterfeiters deceive patients into believing that the products they offer are safe and effective medicines, trusted brands from pharmaceutical companies such as Pfizer, upon whose integrity they have relied to receive medicines that permit them to live happier and healthier lives. In reality, however, the products produced and dispensed by those engaged in pharmaceutical counterfeiting place human lives at risk.

11. Because of the conditions under which they are manufactured, and the lack of regulation of the products produced, counterfeit medicines pose a threat to patient health and safety.

12. Raids of manufacturing sites by enforcement authorities, acting on evidence provided by Pfizer Global Security have shown the unsanitary conditions under which those products are frequently manufactured. Attached as Exhibit A is a photo taken during one such raid. Counterfeit VIAGRA® manufactured at that site was distributed over the internet via a network of brokers, many of whom were located in the United States. Working in cooperation with Chinese authorities, US authorities arrested one of those brokers, a resident of Shelton, Washington and the owner of an unlicensed online pharmacy, bestonlineviagra.com, which dispensed counterfeit VIAGRA® to patients in the United States.

13. Unsuspecting patients to whom counterfeits are dispensed are exposed to products that may deprive them of the therapeutic benefit of the medicines prescribed by their physicians –

because they contain the incorrect active pharmaceutical ingredient (API) or the incorrect dosage of the API – or may place their lives at risk because they contain ingredients harmful or not approved / tested for human, such as pesticides, leaded highway paint and floor wax.

14.    While it is impossible to gauge the true scope of the counterfeit problem, one available metric is the seizure of counterfeit medicines reported to us by enforcement authorities with whom we have partnered in our anti-counterfeiting efforts. Since 2004, through those efforts, we have prevented more than 63 million doses of counterfeit Pfizer medicines from reaching patients around the world, as well as enough API to manufacture another 64 million, for a total of 127 million doses.

15.    As of September 30, 2010, we have confirmed the presence of counterfeit versions of more than 40 Pfizer medicines – including Aricept®, Celebrex®, Lipitor®, Norvasc®, Zoloft® and Viagra® – in at least 92 countries, including the United States and Canada.

16.    Due to advances in technology, it is easier for those who engage in pharmaceutical counterfeiting to make convincing copies of our medicines that are virtually impossible to distinguish from the authentic Pfizer medicines without being subjected to laboratory analysis.

17.    VIAGRA®, for the treatment of erectile dysfunction, is the most frequently counterfeited Pfizer medicine and the one most likely to be the subject of SPAM.

**The Risk from Counterfeit Medicines is Great for Patients Who Order Medicines Online**

18.    Although the legitimate supply chain in the United States is among the safest in the world, patients are potentially placing their health at risk when they order medicines online. Despite the ease with which medicines can be obtained from OLPs they introduce a lack of transparency concerning the source of the medicines they dispense as well as uncertainty as to their authenticity.

19.    While some OLPs are registered or licensed, most are not. To assist patients in identifying safe online pharmacies, the NABP (National Association of Board of Pharmacies) developed an accreditation program, awarding Verified Internet Pharmacy Practices Sites (VIPPS)

certificates to those that meet stringent licensing and inspection requirements of the states in which they dispense medicines. Many unlicensed OLPs that conceal their true location attempt to deceive patients into believing that they are from countries perceived to be "safe", such as Canada or the United Kingdom.

20. With respect to such "rogue" pharmacies, the World Health Organization has stated that there is a more than 50% chance of receiving a counterfeit medicine.

21. In August 2006 the FDA cautioned patients not to take medicines they received from RxNorth and its affiliated OLPs. The medicines offered by RxNorth, purportedly a "Canadian" pharmacy dispensing safe and effective medicines intended for the Canadian market, were in reality counterfeits manufactured in China. Among the products they dispensed were counterfeit Lipitor tablets that contained only 82 to 86% of claimed dosage of API as well counterfeit versions of non-Pfizer medicines found to contain heavy metals.

22. In 2007 a Coroner in British Colombia attributed the death of a woman to heavy metal poisoning from counterfeit medicines she obtained over the internet.

**The Use of SPAM and BOTNETS Increase the Number of Patients Exposed to Those Risks**

23. Based on my experience, SPAM generated by BOTNETS is a mechanism by which counterfeit and other unapproved versions of Pfizer medicines are distributed to unsuspecting patients who order their medicines online.

24. Beyond the dangers to patient health and safety, the prevalence of SPAM pertaining to VIAGRA® can cause confusion among patients, who believe that the SPAM is generated by Pfizer and lose confidence in the Pfizer brand when the sites to which they are referred dispense counterfeit or other unapproved versions of branded Pfizer medicines.

25. Pfizer does not promote VIAGRA® or any of its branded medicines through Rustock or any other BOTNET or SPAM, increasing the likelihood that the products promoted are counterfeit or unauthorized versions of Pfizer medicines that may place patients at risk.

26. I have reviewed select SPAM email provided to me by Microsoft, that Microsoft

has advised was generated by the Rustock Botnet. The SPAM e-mails reviewed purport to promote Pfizer's VIAGRA®. True and exact copies of those emails are attached as Exhibit B.

27. Pursuant to my instructions, a consultant was retained in the United States to make test purchases from the five websites identified from those SPAM emails. Although each SPAM e-mail was associated with a separate URL, the vendor was redirected to the same OLP – doctorroe.com – to complete each purchase. At no time during the purchasing process, was the vendor required to submit a prescription.

28. Upon receipt of the test samples, the consultant forwarded them to the Pfizer lab for testing. Of the five samples, three were counterfeit versions of VIAGRA® sourced from China, and two were unapproved generic versions of VIAGRA® sourced from India. None of the sites dispensed authentic VIAGRA® tablets as a result of the orders placed with them.

29. A consultant was also retained in France to make a test purchase of "VIAGRA" from one of the websites identified in the SPAM emails. As with the United States purchases, the consultant was redirected to the OLP – doctorroe.com – to complete the purchase. Upon receipt of the test sample, the consultant forwarded it to the Pfizer lab in Sandwich, England for testing. The Pfizer lab determined that the sample was a counterfeit version of VIAGRA® sourced from Hong Kong.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

**PATRICK M. FORD**

Executed this 18th day of January 2011

# Exhibit A



# Exhibit B



**REDACTED**



**REDACTED**



**REDACTED**



**REDACTED**



**REDACTED**