The Honorable James L. Robart



11-CV-00222-M

FILED       ENTERED
LODGED      RECEIVED

2011

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

MICROSOFT CORPORATION,

Plaintiff,

v.

JOHN DOES 1-11 CONTROLLING A COMPUTER BOTNET THEREBY INJURING MICROSOFT AND ITS CUSTOMERS,

Defendants.

Case No. 2:11-cv-00222

**MOTION FOR LEAVE TO FILE AMENDED PROPOSED ORDER**

**\*\*FILED UNDER SEAL\*\***

Microsoft respectfully seeks leave to file an Amended [Proposed] Ex Parte Temporary Restraining Order, Seizure Order And Order To Show Cause Re Preliminary Injunction ("Amended Proposed Order"), attached as Exhibit A to the Declaration of Jeffrey L. Cox in Support of Microsoft Corporation's Motion for Leave To File an Amended Proposed Order ("Cox Decl."). The following changes have been made to the proposed order originally filed with the Court:

1. Paragraph G(1) on page 8 of the originally filed Proposed Order stated that, "The seizure at the foregoing data centers and hosting providers shall take place within ten (10) business days after the issuance of this order . . . ." The Amended Proposed Order states that,

MOTION FOR LEAVE TO FILE AMENDED
PROPOSED ORDER

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104-7097
tel+1-206-839-4300

"The seizure at the foregoing data centers and hosting providers shall take place no later than seven (7) days after the date of issue of this order. The seizure may continue from day to day, for a period not to exceed three (3) days, until all items have been seized. The seizure shall be made by the United States Marshals Service." *See* Cox Decl. ¶ 2, Ex. A.

Microsoft believes this language more closely conforms to the statutory requirements of 15 U.S.C. 1116(d)(5)(C), which provides that "[a]n order under this subsection shall set forth . . . the time period, which shall end not later than seven days after the date on which such order is issued, during which the seizure is to be made." *See Dell, Inc. v. Belgiumdomains, LLC*, 2007 U.S. Dist. Lexis 98676, *20-21 (S.D. Fla. Nov. 21, 2007) (ordering plaintiff to "affect the Seizure not later than seven days after the date of issue of this Order. The Seizure may continue from day to day, for a period not to exceed three days, until all items have been seized.").

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104-7097
tel+1-206-839-4300

| | | |
|---|---|---|
| 1 | Dated: February 25, 2011. | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Jeffrey L. Cox<br>Jeffrey L. Cox (WSBA No. 37534)<br>jcox@orrick.com |
| 5 | | Ranjit Narayanan (WSBA No. 40952)<br>rnarayanan@orrick.com |
| 6 | | |
| 7 | | 701 5th Avenue<br>Suite 5600<br>Seattle, WA 98104-7097 |
| 8 | | Telephone: +1-206-839-4300<br>Facsimile: +1-206-839-4301 |
| 9 | | |
| 10 | | Of counsel:<br>Gabriel M. Ramsey (*pro hac vice* application pending)<br>gramsey@orrick.com |
| 11 | | Jacob M. Heath (*pro hac vice* application pending)<br>jheath@orrick.com |
| 12 | | |
| 13 | | 1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: +1-650-614-7400 |
| 14 | | Facsimile: +1-650-614-7401 |
| 15 | | Attorneys for Plaintiff Microsoft Corp. |