The Honorable James L. Robart

CC TO JUDGE **DJ**

___FILED ___ENTERED
___LODGED ___RECEIVED

FEB 2͏ 2011  DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT O WASHINGTON

11-CV-00222-PRAE

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-11 CONTROLLING A COMPUTER BOTNET THEREBY INJURING MICROSOFT AND ITS CUSTOMERS,<br><br>Defendants. | Case No. 2:11-cv-00222<br><br>**ERRATA**<br><br>**\*\*FILED UNDER SEAL\*\*** |

In connection with its Motion for Leave to File Amended Proposed Order, Microsoft erroneously neglected to attach the proposed order. The attached Exhibit A should be placed with Microsoft's Motion to Amend Proposed Order that was filed on February 25, 2011 in the above-mentioned case.

ERRATA
Case No. 2:11-cv-00222

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104-7097
tel+1-206-839-4300

Dated: February 28, 2011.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Jeffrey L. Cox (WSBA No. 37534)
jcox@orrick.com
Ranjit Narayanan (WSBA No. 40952)
rnarayanan@orrick.com

701 5th Avenue
Suite 5600
Seattle, WA 98104-7097
Telephone: +1-206-839-4300
Facsimile: +1-206-839-4301

Of counsel:
Gabriel M. Ramsey (*pro hac vice* application pending)
gramsey@orrick.com
Jacob M. Heath (*pro hac vice* application pending)
jheath@orrick.com

1000 Marsh Road
Menlo Park, CA 94025
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

Attorneys for Plaintiff Microsoft Corp.

ERRATA
CASE NO. 2:11-CV-00222

2

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104-7097
tel+1-206-839-4300

# Exhibit A

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>            Plaintiff,<br><br>   v.<br><br>JOHN DOES 1-11 CONTROLLING A COMPUTER BOTNET THEREBY INJURING MICROSOFT AND ITS CUSTOMERS,<br><br>            Defendants. | Case No. 2:11-cv-00222<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED PROPOSED ORDER**<br><br>**\*\*FILED UNDER SEAL\*\*** |

This matter is before the Court on Microsoft's Motion for Leave to File Amended Proposed Order (the "Motion"). The Court, having reviewed the Motion and being fully informed of the matter, hereby GRANTS the Motion.

SO ORDERED this ___ of February, 2011

 

_____
The Honorable
United State District Judge

[PROPOSED] ORDER GRANTING MOTION FOR
LEAVE TO FILE AMENDED PROPOSED ORDER
CASE NO. 2:11-CV-00222

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104-7097
tel+1-206-839-4300