The Honorable James L. Robart



11-CV-00222-M

___ FILED    ___ ENTERED
___ LODGED   ___ RECEIVED

MAR 11 2011   JS

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-11 CONTROLLING A COMPUTER BOTNET THEREBY INJURING MICROSOFT AND ITS CUSTOMERS,<br><br>Defendants. | Case No. 2:11-cv-00222<br><br>**MICROSOFT CORPORATION'S MOTION FOR LEAVE TO SHARE ORDER WITH PROVIDERS OF INTERNET CONNECTIVITY**<br><br>**\*\*FILED UNDER SEAL\*\*** |

On March 9, 2011, the Court signed the Second Amended *Ex Parte* Temporary Restraining Order, Seizure Order and Order to Show Cause Re Preliminary Injunction ("the Order"). The case has been sealed. As part of implementing the Order, Microsoft wishes to seek the voluntary cooperation of certain Internet connectivity providers ("ICPs") that work with the hosting companies set forth in Appendix A of the Order. These ICPs are listed in Exhibit A to this Motion. The ICPs control the flow of Internet traffic to and from the IP addresses listed in Appendix A of the Order ("the IP Addresses"). In effect, they are "upstream providers" of Internet connectivity to the webhosting companies and datacenters listed in Appendix A. In connection with Microsoft's work with the hosting companies, Microsoft would like permission

MICROSOFT'S MOTION FOR LEAVE TO SHARE ORDER
Case No. 2:11-cv-00222

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104-7097
tel+1-206-839-4300

to ask the ICPs if they will voluntarily agree to halt traffic to the IP Addresses on March 16, 2011, the day that Microsoft intends to implement the Order.

Cutting off Internet connectivity to a particular IP Address upstream of a webhosting company or datacenter will help ensure the effective implementation of the Order. If there are any delays in disabling one of the IP Addresses hosted by a hosting company or datacenter, it could give Defendants the opportunity to instruct the infected end-user computers that constitute the Infection Tier of the Rustock Botnet to communicate through new IP Addresses and thereby evade the Court's Order. Because Microsoft would only ask the ICPs to halt connectivity to and from the same IP Addresses that are to be disabled on March 16 pursuant to the Order, their voluntary assistance would not expand the interests affected by the Order.

Because the matter and Order are under seal, Microsoft believes it is currently precluded from discussing or sharing the order with the ICPs. Therefore, Microsoft respectfully seeks leave of the Court to share and discuss the Order with the ICPs so that they may voluntarily assist in halting traffic to the IP Addresses used to support the Rustock Botnet. If the ICPs choose to cooperate, it will greatly enhance the effectiveness of the Order. Therefore, good cause exists for the Court to grant Microsoft leave to share and discuss the Order with the ICPs.

MICROSOFT'S MOTION FOR LEAVE TO SHARE ORDER
CASE NO. 2:11-CV-00222

2

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104-7097
tel+1-206-839-4300

1
2  Dated: March 11, 2011.                    ORRICK, HERRINGTON & SUTCLIFFE LLP
3
4                                            By: /s/ Jeffrey L. Cox
                                                 Jeffrey L. Cox (WSBA No. 37534)
5                                                jcox@orrick.com
                                                 Ranjit Narayanan (WSBA No. 40952)
6                                                rnarayanan@orrick.com

7                                            701 5th Avenue
                                             Suite 5600
8                                            Seattle, WA 98104-7097
                                             Telephone: +1-206-839-4300
9                                            Facsimile: +1-206-839-4301

10                                           Of counsel:
                                             Gabriel M. Ramsey (*pro hac vice* application pending)
11                                           gramsey@orrick.com
                                             Jacob M. Heath (*pro hac vice* application pending)
12                                           jheath@orrick.com

13                                           1000 Marsh Road
                                             Menlo Park, CA 94025
14                                           Telephone: +1-650-614-7400
                                             Facsimile: +1-650-614-7401

15                                           Attorneys for Plaintiff Microsoft Corp.

16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A

| Internet Connectivity Providers |
| --- |
| Beyond The Network America, Inc. / PCCW Global |
| Bluemile, Inc. |
| BroadbandONE |
| Cogent Communications |
| Comcast Cable Communications, Inc. |
| Cox Communications |
| Deutsche Telekom AG |
| Ezri, Inc. |
| Global Crossing |
| Global Telecom & Technology |
| Globeinternet / TATA Communications |
| Hurricane Electric, Inc. |
| Integra Telecom, Inc. |
| Internap |
| KPN Internet Backbone (Koninklijke KPN N.V.) |
| Layer42 Networks |
| Level 3 Communications |
| nLayer Communications, Inc. |
| NTT Communications Global IP Network |
| Qwest Communications Company LLC |
| RETN.net |
| Sprint |
| Telefonica Wholesale Networks |
| Telianet / TeliaSonera AB Networks |
| Tinet SpA |
| XO Communications |
| Highwinds Network Group, Inc. |
| Time Warner Cable |
| Onyx Internet Ltd. |
| Init Seven AG |
| InfoRelay Online Systems, Inc. |
| Cavalier Telephone |
| TW Telecom |