

IN THE
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| **MICROSOFT CORPORATION,** | Hearing Date: |
| Plaintiff/Petitioner | CAUSE NO: **2:11-CV-00222** |
| vs. | DECLARATION OF SERVICE OF: **SECOND AMENDED (PROPOSED) EX PARTE TEMPORARY RESTRAINING ORDER, SEIZURE ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; LETTER** |
| **JOHN DOES 1-11 CONTROLLING A COMPUTER BOTNET THEREBY INJURING MICROSOFT AND ITS CUSTOMERS** | |
| Defendant/Respondent | |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **16th day of March, 2011**, at **11:44 AM**, at the address of **33 N LA SALLE Street SUITE 2900, CHICAGO, Cook** County, **IL 60602**; this declarant served the above described documents upon **FDC SERVERS.NET LLC**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **CHRISTINE KIELBASA, RECEPTIONIST, A white female approx. 40-45 years of age 5'4"-5'6" in height weighing 180-200 lbs with black hair.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Service Fee Total: **$180.00**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED this **16th** day of **March, 2011.**

*[signature]*
**Robert D Fairbanks, Reg. # 117-001119, IL**

FOR: **Orrick, Herrington & Sutcliffe -Seattle**
REF: **9843-2063**

ORIGINAL
OF SEI

**11-CV-00222-LTR**

IN THE
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| **MICROSOFT CORPORATION,** | Hearing Date: |
| Plaintiff/Petitioner | CAUSE NO: 2:11-CV-00222 |
| vs. | DECLARATION OF SERVICE OF: |
| **JOHN DOES 1-11 CONTROLLING A COMPUTER BOTNET THEREBY INJURING MICROSOFT AND ITS CUSTOMERS** | **SECOND AMENDED (PROPOSED) EX PARTE TEMPORARY RESTRAINING ORDER, SEIZURE ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; LETTER** |
| Defendant/Respondent | |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **16th day of March, 2011**, at **12:01 PM**, at the address of **18275 N 59TH Avenue SUITE 152, GLENDALE**, Maricopa County, **AZ 85308**; this declarant served the above described documents upon **ATJEU PUBLISHING LLC./ATJEU HOSTING LLC**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Shari Blinka, ADMINISTRATIVE ASSISTANT, A white female approx. 45-55 years of age 5'0"-5'2" in height weighing 120-140 lbs with red hair.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Service Fee Total: **$180.00**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED this 17th day of **March, 2011**.

_Daniel Steadman, Reg. # 7969, Maricopa, AZ_

FOR: **Orrick, Herrington & Sutcliffe -Seattle**  ORIGINAL PROOF  Tracking #: 6726929 SEA FIL
REF: **9843-2063**  OF SERVICE



IN THE
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| MICROSOFT CORPORATION, | Hearing Date: |
|---|---|
| Plaintiff/Petitioner | CAUSE NO: 2:11-CV-00222 |
| vs. | DECLARATION OF SERVICE OF: |
| JOHN DOES 1-11 CONTROLLING A COMPUTER BOTNET THEREBY INJURING MICROSOFT AND ITS CUSTOMERS | SECOND AMENDED (PROPOSED) EX PARTE TEMPORARY RESTRAINING ORDER, SEIZURE ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; LETTER |
| Defendant/Respondent | |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **16th day of March, 2011**, at **4:15 PM**, at the address of **NOC4HOSTS INC., 8010 WOODLAND CENTER Boulevard, TAMPA**, Hillsborough County, FL 33614; this declarant served the above described documents upon **NOC4HOSTS, INC.**,, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **Michael Architetto, Director, A white male approx. 40-45 years of age 5'4"-5'6" in height weighing 160-180 lbs with black hair**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Service Fee Total: $180.00

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

Michael Klein, Reg. # CPS 08-676900, Hillsborough, FL



FOR: **Orrick, Herrington & Sutcliffe -Seattle**   ORIGINAL PROOF   Tracking #: **6726935** SEA FIL
REF: **9843-2063**                                 OF SERVICE

*Darlene Ann Scully*

**DARLENE ANN SCULLY**
Notary Public, State of Florida
My Comm. Expires Aug. 2, 2013
No. DD 874150